IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER NELSON, | | |
| Plaintiff, | 8:15-CV-306 | |
| vs. | JUDGMENT | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | | |
| Defendant. | | |

Upon the parties' Stipulation for Dismissal with Prejudice (filing 8), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 30th day of October, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge